# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00407-CV

**Carnell Denmon, Appellant**

**v.**

**Mark Jaehne, Appellee**

### FROM THE COUNTY COURT OF LEE COUNTY
### NO. 2824, HONORABLE EVAN GONZALES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal in the trial court on December 28, 2004. Through no fault of appellant's, the notice of appeal was not received by this Court as part of the clerk's record until June 24, 2005. On August 9, this Court informed appellant that his brief was overdue and that a motion for an extension of time was due no later than August 19. To date, appellant has not responded to that notice, filed a brief or motion, or otherwise communicated with this Court. We therefore dismiss the appeal for want of prosecution on our own motion. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   October 6, 2005